IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHEL KENNEDY AND | : | CIVIL ACTION |
| SEAN KENNEDY | : | NO. 15-2221 |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE CO., et al. | : | |

## **ORDER**

AND NOW, this 8th day of July, 2015, upon consideration of the motion to remand by plaintiffs Rachel Kennedy and Sean Kennedy (Dkt. No. 9), defendants Allstate Property and Casualty Insurance Company, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Kevin Broadhead, Lester Waxler and Brandon McMillan's response (Dkt. No. 10), plaintiffs' reply (Dkt. No. 11), defendants' surreply (Dkt. No. 12) and consistent with the accompanying memorandum of law, it is ORDERED that plaintiffs' motion is GRANTED. This action is remanded to the Delaware County Court of Common Pleas. The Clerk of Court is directed to mail a certified copy of the Order of remand to the Clerk of the Delaware County Court of Common Pleas and to mark this case CLOSED for statistical purposes.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.